UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Misc. Case No._____ |
| Plaintiff, | |
| v. | |
| CONSUMER DEFENSE, LLC, a Nevada limited liability company; CONSUMER LINK, INC., a Nevada corporation; PREFERRED LAW, PLLC, a Utah professional limited liability company; AMERICAN HOME LOAN COUNSELORS, a Utah corporation; AMERICAN HOME LOANS, LLC, a Utah limited liability company; CONSUMER DEFENSE GROUP, LLC, f/k/a MODIFICATION REVIEW BOARD, LLC, a Utah limited liability company; CONSUMER DEFENSE, LLC, a Utah limited liability company; BROWN LEGAL, INC., a Utah corporation; AM PROPERTY MANAGEMENT, LLC, a Utah limited liability company; FMG PARTNERS, LLC, a Utah limited liability company; ZINLY, LLC, a Utah limited liability company; JONATHAN P. HANLEY, in his individual and corporate capacity; BENJAMIN R. HORTON, in his individual and corporate capacity; and SANDRA X. HANLEY, in her individual and corporate capacity, | |
| Defendants. | |

**NOTICE OF ORDER APPOINTING RECEIVER
PURSUANT TO 28 U.S.C. § 754**

United States District Court
District of Nevada
Case No. 2:18-cv-00030-JCM-PAL

On January 8, 2018, the Federal Trade Commission filed a Complaint for Permanent Injunction and Other Equitable Relief against Defendants in the United States District Court for the District of Nevada. Attached hereto as Exhibit A is a true and correct copy of the Complaint. Court-Appointed Receiver, Thomas W. McNamara ("Receiver"), by and through the undersigned counsel, hereby provides notice, pursuant to 28 U.S.C. § 754, that on January 10, 2018, the Court entered an *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO"), appointing Mr. McNamara as Receiver over the Receivership Entities (TRO, Section XIII, page 16). A true and correct copy of the TRO is attached hereto as Exhibit B.

Respectfully submitted this 18th day of January, 2018.

        McNamara Smith LLP

        By: /s/ Edward Chang
        Edward Chang (Cal. Bar No. 268204)
        echang@mcnamarallp.com
        655 West Broadway, Suite 1600
        San Diego, CA 92101
        Tel.: 619-269-0400
        Fax: 619-269-0401

        *Counsel for Receiver, Thomas W. McNamara*